```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 N. Spring Street, Suite 1400
 8       Los Angeles, California 90012
         Telephone:  (213) 894-5710
 9       Facsimile:  (213) 894-7177
         Email:      frank.kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

                   UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

                         SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  SACV 08-1175 CJC (RNBx) |
| Plaintiff, | **[PROPOSED]** |
| v. | **CONSENT JUDGMENT** |
| ONE 2005 LOTUS ELISE, | [NOTICE OF LODGING LODGED CONCURRENTLY HEREWITH] |
| Defendant. | |
| DIEU PHAN, | |
| Claimant. | |

//

//

FDK:ka

1    On October 20, 2008, plaintiff United States of America
2 ("plaintiff" or the "government") filed a Complaint for Forfeiture
3 against the defendant property as follows:  One 2005 Lotus Elise
4 (the "2005 Lotus") (the "defendant property").  The government
5 alleged that the defendant property was subject to forfeiture
6 pursuant to 21 U.S.C. § 881(a)(4).
7    Claimant Dieu Phan has not filed a claim or an answer. No
8 other claims, statements of interest, or answers have been filed,
9 and the time for filing claims, statements, and answers has
10 expired.
11    The government and claimant have agreed to settle this
12 forfeiture action and to avoid further litigation.
13    The Court having been duly advised of and having considered
14 the matter, and based upon the consent of plaintiff and claimant,
15    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
16    1.   This Court has jurisdiction over this action pursuant to
17 28 U.S.C. §§ 1345 and 1355.
18    2.   The Complaint for Forfeiture states a claim for relief
19 pursuant to 21 U.S.C. § 881(a)(4).
20    3.   Notice of this action has been given as required by law.
21 Claimant is relieved of his duty to file a claim and answer in
22 this action.  The Court deems that all other potential claimants
23 admit the allegations of the Complaint for Forfeiture to be true.
24 //
25 //
26 //
27 //
28 //

1     4.   Claimant agrees to forfeiture as set out below.  A
2 judgment of forfeiture is hereby entered in favor of the United
3 States, which shall dispose of the following defendant properties
4 in accordance with the law:
5          (A)   Within thirty calendar days of the entry of
6          judgment, claimant shall pay the government $2,000.00, which
7          shall be condemned and forfeited to the United States in
8          accordance with law.  Payment shall be made in the form of a
9          cashier's check payable to the United States Treasury
10         Department.  The cashier's check shall be delivered to
11         Assistant United States Attorney Frank D. Kortum at United
12         States Courthouse, 312 North Spring Street, Suite 1400, Los
13         Angeles, California 90012.
14         (B)   The 2005 Lotus Elise shall be returned to claimant
15         Dieu Phan.
16    5.   Claimant will execute further documents, to the extent
17 necessary, to further implement the terms of this Consent
18 Judgment.
19    6.   Claimant waives the redacting and sealing requirements
20 of L.R. 79-5.4.
21    7.   Claimant hereby releases the United States of America,
22 its agencies, officers, and employees, including employees of the
23 Drug Enforcement Administration, and local law enforcement
24 agencies, their agents, officers, and employees, from any and all
25 claims, actions, or liabilities arising out of or related to this
26 action, including, without limitation, any claim for attorneys'
27 fees, costs, or interest on behalf of claimants, whether pursuant
28 to 28 U.S.C. § 2465 or otherwise.

1    8.   The Court finds that there was reasonable cause for the institution of these proceedings against the defendant property. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

     9.   The Court further finds that claimant did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: July 23, 2009

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CONSENT

The government and claimants consent to judgment and waive any right to appeal.

DATED: July ___, 2009           THOMAS P. O'BRIEN
                                United States Attorney
                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section


                                _____
                                FRANK D. KORTUM
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America

DATED: July ___, 2009           LAW OFFICES OF VINCENT LABARBERA


                                _____
                                VINCENT LABARBERA
                                Attorney for Claimant
                                Dieu Phan